IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3123 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| WILLIE CURRY, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's letter (filing 67) will be treated as a motion and it is denied. The Clerk of Court shall provide a copy of this order to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated November 2, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge