IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3123 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE CURRY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a letter from the defendant, Willie Curry. I construe it as a complaint that Curry's lawyer, Frank J. Himel, violated our disciplinary rules by divulging confidential information protected by the attorney-client privilege to gang members.[1]

IT IS ORDERED that:

1. The Clerk shall file the defendant's letter as an attorney discipline complaint.

2. On or before Friday, February 24, 2012, Frank J. Himel shall file a response to the defendant's complaint. The response must be supported by an affidavit under penalty of perjury executed by Mr. Himel addressing the allegations of the defendant's complaint.

---

[1] Our disciplinary rules have recently been amended. For the most recent version, see NEGenR, 1.7 and 1.8 (December 1, 2011), available at http://www.ned.uscourts.gov/internetDocs/localrules/NEGenR.2011.pdf

3. The Clerk shall serve a copy of this Memorandum and Order and a copy of the defendant's letter on Mr. Himel by regular United States mail in addition to notification via CM/ECF.

4. The Clerk shall open an attorney discipline case and place this Memorandum and Order and the defendant's letter therein.

5. The Clerk shall provide Magistrate Judge Zwart with a copy of this Memorandum and Order and a copy of the defendant's letter.

6. The Clerk shall send Mr. Curry a copy of this Memorandum and Order.

7. My chambers shall bring this matter to my attention on February 27, 2012.

DATED this 31st day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge